**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

OF COUNSEL:
GENE A. FARBER, ESQ. (No. 44215)
LAW OFFICES OF GENE A. FARBER
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

Attorneys for Plaintiffs
LARRY SCHRADER, JODIANN K. SCHRADER, Individually and
as Guardian Ad Litem For Minor Plaintiff K-S

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K-S; LARRY SCHRADER, JODIANN K. SCHRADER, Individually and as Guardian Ad Litem For Minor Plaintiff K-S,<br><br>Plaintiffs,<br><br>v.<br><br>POINT SAN PABLO YACHT CLUB; INGRID HOGAN; DOE BOARD MEMBERS 1-14; AND DOES 15-25; Inclusive,<br><br>Defendants. | CASE NO. C06-04020 SBA<br>Civil Rights<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs hereby request dismissal of this action without prejudice. There have been no appearances by the defense.

Dated: January 15, 2007

**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ.


/S/
Attorneys for Plaintiff
K-S; LARRY SCHRADER, JODIANN K. SCHRADER, Individually and as Guardian Ad Litem For Minor Plaintiff K-S

---

**Plaintiffs' Request for Dismissal Without Prejudice:**
**Case No. C06-04020 SBA**

1  SO ORDERED.

2

3  Dated: 1-16-07                     *Saundra B Armstrong*
                                      HON. SAUNDRA B. ARMSTRONG
4                                     U.S. DISTRICT COURT JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Plaintiffs' Request for Dismissal Without Prejudice:
Case No. C06-04020 SBA**

— 2 —